# CHULSKY ♦ KAPLAN, LLC

**ATTORNEYS AT LAW**

**Glen H. Chulsky** NJ
**Ben A. Kaplan** NJ, NY, DC
**Dennis M. Kessler** NJ

280 Prospect Avenue, 6G
Hackensack, NJ  07601
Voice: (877) 827-3395
Fax:   (877) 827-3394

March 13, 2019

The Honorable Jose L. Linares
 U.S. Chief District Judge
 United States District Court
 Martin Luther King Building & U.S. Courthouse
 50 Walnut Street
 Newark, NJ 07101

    Re:    **Cupo v. Trident Asset Management, LLC et al.
                2:19-cv-02034-JLL-JAD**

Dear Judge Linares,

    I represent the Plaintiff in the above-referenced matter.

    I am pleased to report that the Plaintiff and Defendant have reached an amicable resolution in this matter and in accordance with Local Civ. R. 41.1(b) am notifying the Court.

    The parties request that the Court enter a 60 day administrative order terminating the case and any other pending motions, conferences or other activities.

    Respectfully submitted,

    */s Ben A. Kaplan*
    Ben A. Kaplan, Esq.

cc:    All Counsel of Record (via ECF)